# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barash, Martin R. | Bankruptcy Court, Central District of California | 05/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

21041 Burbank Boulevard
Woodland Hills, CA 91367

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | The Junior Statesmen Foundation |
| 2. | Director | American Bankruptcy Institute |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2016 | University of California, Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | American Bankruptcy Institute | 4/13/2016-4/17/2016 | Washington, DC | Educational seminar/board of directors meeting | Transport, lodging, food, seminar registration |
| 2. | California Bankruptcy Forum | 5/20/2016-5//22/2016 | Indian Wells, CA | Educational seminar | Lodging, food, seminar registration |
| 3. | American Bankruptcy Institute | 9/8/2016-9/10/2016 | Las Vegas, NV | Educational seminar | Transport, lodging, food, seminar registration |
| 4. | National Conference of Bankruptcy Judges | 10/26/2016-10/29/2016 | San Francisco, CA | Educational seminar, professional association meeting | Lodging |
| 5. | American Bankruptcy Institute | 12/1/216-12/3/2016 | Palos Verdes, CA | Educational seminar/board of directors meeting | Lodging, food, seminar registration |

| Name of Person Reporting | Date of Report |
|---|---|
| Barash, Martin R. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank N.A. | Mastercard | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barash, Martin R. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 401(k) Retirement Plan | | | | | | | | | |
| 2. --Vanguard Prime Money Mkt Investment Fund | A | Dividend | | | Closed | 03/31/16 | J | | Fund Exchange - See Note B |
| 3. --Putnam Stable Value Fund | A | Dividend | J | T | Open | 03/31/16 | J | | Fund Exchange - See Note B |
| 4. --Lord Abbett Developing Growth I Fund | A | Dividend | M | T | | | | | |
| 5. --Oppenheimer Developing Markets Y Fund | A | Dividend | M | T | | | | | |
| 6. --Vanguard Inflation Protected Securities Inv Fund | A | Dividend | L | T | | | | | |
| 7. --Putnam Dynamic Asset Allocation Balanced A | C | Dividend | M | T | | | | | |
| 8. --Vanguard Target Retirement 2030 | B | Dividend | L | T | | | | | |
| 9. 401(k) Rollover/IRA | | | | | | | | | |
| 10. --Vanguard 500 Index Inv Fund | C | Dividend | M | T | | | | | |
| 11. --Vanguard US Growth Inv Fund | B | Dividend | L | T | | | | | |
| 12. 403(b) Plan | | | | | | | | | |
| 13. --University of California Global Equity Fund | | None | K | T | | | | | |
| 14. --University of California Bond Fund | | None | J | T | | | | | |
| 15. --University of California Savings Fund | A | Dividend | J | T | | | | | |
| 16. Retirement Plan | | | | | | | | | |
| 17. --American Beacon Large Cap Value Institutional Fund | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barash, Martin R. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. --Prudential Core Plus Bond Fund Unit Class 6 | A | Dividend | J | T | | | | | |
| 19. --Fidelity 500 Index PR | A | Dividend | | | Closed | 10/10/16 | J | | Fund Exchange - See Note I |
| 20. --Fidelity 500 Index INST | A | Dividend | J | T | Open | 10/10/16 | J | | Fund Exchange - See Note I |
| 21. Retirement Plan #2 | | | | | | | | | |
| 22. --University of California Global Equity Fund | | None | J | T | | | | | |
| 23. --University of California Savings Fund | A | Dividend | J | T | | | | | |
| 24. 529 Plan #1 | | | | | | | | | |
| 25. --Scholarshare Passive Age-Based Portfolio 13-14 | | None | M | T | | | | | See Note C |
| 26. 529 Plan #2 | | | | | | | | | |
| 27. --Scholarshare Passive Age-Based Portfolio 11-12 | | None | M | T | | | | | |
| 28. 529 Plan #3 | | | | | | | | | |
| 29. --Scholarshare Passive Age-Based Portfolio 5-8 | | None | | | Closed | 9/20/16 | K | | Fund Exchange - See Note D |
| 30. --Scholarshare Passive Age-Based Portfolio 9-10 | | None | K | T | Open | 9/20/16 | K | | Fund Exchange - See Note D |
| 31. Other Investments | | | | | | | | | |
| 32. AT&T | A | Dividend | J | T | | | | | |
| 33. Comcast | A | Dividend | J | T | | | | | |
| 34. Walt Disney Corporation | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barash, Martin R. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. First Republic Bank Account | A | Interest | J | T | | | | | |
| 36. RP Realty Partners Fund II LP | B | Distribution | | | Closed | 12/31/16 | J | | See Note E |
| 37. RP Northport, LLC | | None | J | W | Spinoff (from line 36) | 12/31/16 | J | | See Note F |
| 38. Birch Run Investors LLC (nka 2400 Charleston LLC) | A | Distribution | | | Closed | | | J | See Note H |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barash, Martin R. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Notes to Part VII:

[A] The value of mutual funds in all retirement and educational savings accounts shown at the end of the reporting period reflects: (i) the reinvestment of interest and other distributions made by those mutual funds, less deducted costs and fees; and (ii) any additional contributions made to those retirement and educational savings accounts over the course of the year (including any gain or loss on those additional contributions).

[B] On March 31, 2016, the retirement plan (involuntarily) transferred all of the value in this account from the Putnam Prime Money Market Investment Fund to the Putnam Stable Value Fund.

[C] This fund was inadvertantly described in my report for 2015 as the "Scholarshare Passive Age-Based Portfolio 12-13" rather than the "Scholarshare Passive Age-Based Portfolio 13-14."

[D] On June 22, 2015, all of the value in the noted section 529 plan was transferred (involuntarily) to the specified Scholarshare age-based fund, consistent with the advancing age of this child.

[E] I am advised that RP Realty Partners Fund II LP filed its final tax return in 2016 and was wound up. The wind-up date shown is approximate; I am advised it occurred some time in 2016.

[F] In connection with the wind-up of RP Realty Partners Fund II LP, I received a fractional interest in an entity formed to hold a remaining piece of property formerly owned by the partnership. That entity is RP Northport, LLC. The date of the spinoff is approximate; I am advised it occurred some time in 2016.

[G] Corridor Capital Advisors LLC was wound up in 2016. I received no income from this entity in 2016. It therefore is no longer listed on my report.

[H] I am advised that Birch Run Investors LLC (nka 2400 Charleston LLC) was wound up sometime in 2015, but I received a nominal final distribution in early 2016.

[I] On October 10, 2016, the value in the noted investment was transferred from the Fidelity 500 Index Fund PR to the Fidelity 500 Index Fund INST.

| Name of Person Reporting | Date of Report |
|---|---|
| Barash, Martin R. | 05/15/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Martin R. Barash**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544